VERVE, LLC, Plaintiff–Appellant,

v.

CRANE CAMS, INC., Defendant,

and

Competition Cams, Incorporated, Crower Cams Equipment Company, Incorporated and Trend Products, Incorporated, Defendants–Appellees.

No. 06–1045.

United States Court of Appeals, Federal Circuit.

June 14, 2006.

Before NEWMAN, LINN, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36